# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

ANTHONY H. TURNER,

       Petitioner,

  v.

WISCONSIN DEPARTMENT OF CORRECTIONS;
COLUMBIA CORRECTIONAL OFFICIALS;
Warden GREGORY GRAM;
Security Director JANEL NICKEL; and
CHRISTINE M. WODILL,,

       Respondents.

**JUDGMENT IN A CIVIL CASE**

Case No.: 08-cv-681-bbc

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

This case is dismissed against respondents without prejudice.

PETER OPPENEER
_____
**Peter Oppeneer, Clerk**

/s/ M. Hardin
_____
**by Deputy Clerk**

_____1/27/09_____
Date